```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
              COUNSEL/PARTIES OF RECORD

         OCT 1 5 2013

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEGGY CHIA LOH, )<br>)<br>Defendant. ) | 2:12-CR-056-PMP-(VCF) |

### FINAL ORDER OF FORFEITURE AS TO PEGGY CHIA LOH

On July 8, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2); forfeiting property of defendant PEGGY CHIA LOH to the United States of America. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 46; Change of Plea Minutes, ECF No. 43; Preliminary Order of Forfeiture, ECF No. 44.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2)

. . .

. . .

1 | that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant
2 | PEGGY CHIA LOH.

3 | DATED this 15th day of Oct 2013.

_____
UNITED STATES DISTRICT JUDGE